UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOBY BRYANT SOLOMON, (A 232-948-671),<br>Petitioner,<br>v.<br>WARDEN, MESA VERDE DETENTION FACILITY,,<br>Respondent. | No. 1:26-cv-05830-DJC-CKD<br><br>ORDER |

Petitioner, an immigration detainee proceeding through counsel, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 26, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. Respondents filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully

reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that the findings and recommendations (ECF No. 17) are adopted in full:

1. Petitioner's application for a writ of habeas corpus is GRANTED.
2. Respondent is ORDERED to immediately RELEASE Petitioner Koby Bryant Solomon (A 232-948-671) from custody.
    a. At the time of release, Respondent shall be required to return all of Petitioner’s documents and possessions;
    b. Respondent shall not impose any additional restrictions on Petitioner unless such restrictions are deemed necessary at a future pre-deprivation hearing;
3. Respondent is ENJOINED AND RESTRAINED from re-detaining Petitioner absent compliance with constitutional protections which include, at a minimum:
    a. Pre-deprivation notice describing the change of circumstance(s) necessitating re-detention; and
    b. A timely pre-deprivation hearing at which the government shall bear the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight even after consideration of alternatives to detention, and at which Petitioner shall be permitted to have his counsel present.
4. This order does not address the circumstances under which the government may detain Petitioner in the event Petitioner becomes subject to an executable final order of removal and Petitioner receives notice of that final order of removal.
5. The Clerk of the Court is directed to serve the **Mesa Verde Detention Facility** with a copy of any release order.

6. Petitioner's motion for temporary restraining order is denied as moot.
7. The Clerk of the Court is directed to enter judgment in favor of Petitioner and close this case.

IT IS SO ORDERED.

Dated: **November 2, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

/solo5830.805.hc.2241.imm